IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Karen Anderson,<br><br>        Plaintiff,<br><br>vs.<br><br>Hess Corporation, a Delaware Corporation<br><br>        Defendant. | Civil No. 1:07-cv-065<br><br>**ORDER TO AMEND SCHEDULING/DISCOVERY PLAN** |

Based on the Stipulation for Amended Scheduling/Discovery Plan signed by the parties on July 22, 2008, it is hereby

ORDERED that the Scheduling/Discovery Plan is amended as follows:

    4.    The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

        a.    Plaintiff shall serve disclosures by 09/01/08.

        b.    Defendant shall serve disclosures by 10/15/08.

(Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

    5.    The parties shall have until 12/01/08 to complete discovery depositions of expert witnesses.

In all other respects, the Scheduling/Discovery Plan signed by counsel on November 28, 2007 and approved by the Court on December 3, 2007 will remain the same.

Dated this 23rd day of July, 2008.

                              /*s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr.
                              United States Magistrate Judge