**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Karen Anderson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING DEFENDANT'S** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| vs. | ) | |
| | ) | |
| Hess Corporation, | ) | Case No. 1:07-cv-065 |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Before the Court is a "Motion for Leave to File Under Seal" filed on December 5, 2008, by the defendant, Hess Corporation. See Docket No. 13. On December 5, 2008, Hess Corporation filed a motion in limine to exclude the testimony of Plaintiff's treating physicians and her other medical providers as to the issue of causation. See Docket No. 11. In support of that motion, Hess Corporation has filed the Affidavit of Laurie Guenther which includes copies of Plaintiff's medical records. Hess Corporation moves to file under seal one of its medical record exhibits which contains personal identifiers and confidential sensitive information. The Court **GRANTS** the Defendant's motion for leave to file under seal (Docket No. 13) to protect personal identifiers and sensitive information.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court