**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | | |
|---|---|---|
| Karen Anderson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR SETTLEMENT CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hess Corporation, | ) | |
| a Delaware Corporation, | ) | Case No. 1:07-cv-065 |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

A final pretrial conference has been scheduled in the above-entitled action on January 20, 2009, at 10:00 a.m.  This conference shall be conducted at the U.S. Courthouse located in Bismarck, North Dakota (courtroom #2).  Immediately following the final pretrial conference, the court shall conduct a settlement conference.

The settlement conference shall be attended by all parties, together with trial counsel (if they are represented) for each party.  An insured party need not attend unless the settlement decision will be made in part by the insured.  When the settlement decision will be made in whole or in part by an insurer, the insurer shall send a representative.  The persons attending shall be vested with the necessary settlement authority.  Any relief from these requirements must be obtained in advance.  Failure to produce the appropriate person(s) at the conference may result in an award of costs and attorney fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.

The court shall review the record, including Defendant's Motion for Summary Judgment and Plaintiff's brief in opposition to it, prior to the settlement conference. The parties need not submit any confidential settlements statements prior to the settlement conference. Any additional material the parties wish the court to review prior to the conference to the may be submitted it via fax (701-530-2325), e-mail (ndd_J-Miller@ndd.uscourts.gov), or mail (P.O. Box 670, Bismarck, North Dakota 58502-0670).

Dated this 13th day of January, 2009.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge