# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

Karen Anderson,

    Plaintiff,

vs.

Hess Corporation, a Delaware corporation,

    Defendant.

**ORDER OF DISMISSAL**

Case No. 1:07-cv-065

---

  Before the Court is a "Stipulation for Dismissal With Prejudice" filed on February 2, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 29) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

  **IT IS SO ORDERED.**

  Dated this 5th day of February, 2009.

            */s/ Daniel L. Hovland*
            Daniel L. Hovland, Chief Judge
            United States District Court